DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JAMES MICHAEL TOMASSO,**
Appellant,

v.

**CITY OF DELRAY BEACH FLORIDA,**
Appellee.

No. 4D17-3076

[July 26, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; David E. French, Judge; L.T. Case No. 50-2017-CA-002565-XXXX-MB.

William Paul, Boca Raton, for appellant.

Lawonda R. Warren, Delray Beach, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CONNER and KLINGENSMITH, JJ., concur.

\*    \*    \*

***Not final until disposition of timely filed motion for rehearing.***